IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **AMENDED ORDER GRANTING MOTION** |
| ) | **FOR PRETRIAL RELEASE** |
| vs. ) | |
| ) | |
| Angela Diane Miller, ) | |
| ) | Case 1:23-cr-128 |
| Defendant. ) | |

The court previously authorized Defendant to reside at The Sanctuary subject to a number of conditions, one of which required her to surrender to the custody of the United States Marshal if terminated from The Sanctuary for any reason. (Doc. No. 70). On April 29, 2025, Defendant was terminated from The Sanctuary due to "continued noncompliance issues" and surrendered to the custody of the United States Marshal. (Doc. No. 89).

On May 15, 2025, Defendant filed a Motion for Pretrial Release. (Doc. No. 95). Therein she requests to be released to Hope's Landing, a sober living facility in Dickinson, North Dakota.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 95). Defendant shall be released no earlier than 10:00 AM on May 22, 2025, to Donna Selk or other person(s) approved by the Pretrial Services Officer for transport to Hope's Landing. Defendant's release is subject to the following conditions:

1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute,

unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon..

(6) Defendant shall reside at Hope's Landing, fully participate in its programming, and comply with all of its rules and regulations.

(7) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from Hope's Landing OR to communicate with Hope's Landing about her progress there.

Any overnight passes from Hope's Landing must be approved by the Pretrial Services Officer.

While residing at Hope's Landing, Defendant must seek and maintain employment. Employment must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from Hope's Landing, Defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated transition from a sober living home to another residence, Defendant must advise the Pretrial Services Officer of the anticipate

transition date so that the Court can review the Defendant's release status.

(8)   Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of his release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(9)   Defendant shall not obtain a passport and other foreign travel document(s).

(10)  Defendant must report as soon as possible, to the Probation Office or her supervising Probation Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

If Defendant cannot be transported to Hope's Landing as anticipated on May 22, 2025, she shall remain in custody pending further order.

**IT IS SO ORDERED**.

Dated this 20th day of May, 2025, nunc pro tunc.

                                    */s/ Clare R. Hochhalter*
                                    Clare R. Hochhalter, Magistrate Judge
                                    United States District Court